PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

RECEIVED

JUL 2 8 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Request for Modification of Conditions or Term of Probation
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ronald J. Buckner              Case Number: J03-0009-CR (RRB)

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:   February 13, 2004

Original Offense:   Ct 1:  Possession with Intent to Distribute a Controlled Substance
                    Ct.2:  Use of a Communication Facility to Facilitate a Drug Offense

Original Sentence:   Ct. 1: 41 months imprisonment, three years supervised release
                     Ct. 2: 41 months imprisonment, concurrent to Ct. 1, one year supervised release, concurrent to Ct. 1

Date Supervision Commenced:  March 17, 2006

## PETITIONING THE COURT

[ ]   To extend the term of probation for _____ years, for a total term of _____ years.
[X]   To modify the conditions of probation as follows:

"The defendant is prohibited from consuming alcoholic beverages and is prohibited from frequenting establishments whose primary purpose is the sale of alcoholic beverages; excluding employment approved by the probation service."

## CAUSE

On February 13, 2004, in the District of Alaska, the Honorable Ralph R. Beistline, U.S. District Court Judge, sentenced the defendant to 41 months imprisonment on Count One and 41 months imprisonment on Count Two; both terms to run concurrently. Further, the defendant was placed on three years supervised release on Count One and one year supervised release on Count Two; both terms to run concurrently.

On June 9, 2008, based on the defendant's continued drug use, the Court modified the defendant's conditions of supervision to include the following. "The defendant shall reside at the Residential Reentry Center (i.e. the Cordova Center) for a period up to 90 days and shall abide by the rules and regulations of the Cordova Center. The defendant shall be eligible for work release and other releases if allowed by the rules of the Cordova Center. If the defendant is able to secure a suitable residence prior to the end of the 90-day period, the defendant shall be released from the Cordova Center at the discretion of the probation officer."

*Request for Modification of Conditions or Term*
*Name of Offender      :    Ronald J. Buckner*
*Case Number           :    J03-0009-CR (RRB)*

The defendant is currently residing at the Cordova Center, attending outpatient substance abuse treatment groups at the Salvation Army Clitheroe Center, and is attending Moral Recognition Therapy (MRT) classes at the Cordova Center. In addition, the defendant continues to work at Sullivan's restaurant as a waiter and bartender.

On Monday, July 21, 2008, the defendant returned to the Cordova Center at approximately 1:20 a.m. at the end of his shift at Sullivan's. Upon entering the facility, the defendant was administered an alcohol breath test, which registered approximately .050 BAC, indicating the defendant had consumed alcohol. According to the defendant, as part of his job, he tasted some of the wine that was being served that evening.

This officer has since contacted the defendant's employer and ascertained that he may have participated in a wine tasting at the beginning of his shift on Sunday, July 20, 2008, but should not have consumed enough to still register on a breath analysis machine after he got off work, at approximately 1:00 a.m. on July 21, 2008. The defendant maintains that he only tasted some wine as part of his employment. This officer informed the defendant that he should not be actively engaged in a substance abuse treatment program while at the same time consuming any drugs or alcohol, regardless of employment.

Therefore, in order to better insure that the defendant remains in compliance with his treatment plan as well as affords himself a better chance of succeeding on supervision and remaining free of intoxicants, the above-captioned condition of supervision restricting the defendant from consuming any alcohol is respectfully recommended.

Respectfully submitted,

**REDACTED SIGNATURE**

Tim Astle, District of Alaska
U.S. Probation/Pretrial Services Officer
Date: July 24, 2008

Approved by:

**REDACTED SIGNATURE**
Eric D. Odegard
Supervising U.S. Probation Officer

*Request for Modification of Conditions or Term*
*Name of Offender      :      Ronald J. Buckner*
*Case Number           :      J03-0009-CR (RRB)*

**THE COURT ORDERS:**

[ ]   No Action
[✓]   The Modification of Conditions as Noted Above
[ ]   Other: _____

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge

Date: 7/26/08

*Request for Modification of Conditions or Term*
*Name of Offender      :      Ronald J. Buckner*
*Case Number           :      J03-0009-CR (RRB)*

-3-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

U.S.A. v Ronald Buckner                                  Docket No. 1:03-cr-009-RRB

    I, __Ronald Buckner__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

"The defendant is prohibited from consuming alcoholic beverages and is prohibited from frequenting establishments whose primary purpose is the sale of alcoholic beverages; excluding employment approved by the probation service."

Signed: _Ronald G Buckner_                               Date: _7-21-08_
        Ronald Buckner
        Supervised Releasee

Witness: _REDACTED SIGNATURE_                            Date: _7/21/08_  _19:40 MJ_
        Timothy M. Astle
        U.S. Probation Officer